UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINA R. SEALS,

                              Plaintiff,

                -against-

DEPARTMENT OF HOMELESS SERVICES,

                              Defendants.

23-CV-8267 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On October 1, 2014, Judge Loretta A. Preska barred Plaintiff from filing any new civil action *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Seals v. McClurkin*, ECF 1:14-CV-6080, 7 (S.D.N.Y. Oct. 1, 2014). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the October 1, 2014 order in *Seals*, ECF 1:14-CV-6080, 7.

## CONCLUSION

The Court dismisses this action without prejudice for Plaintiff's failure to comply with the October 1, 2014 order in *Seals*, ECF 1:14-CV-6080, 7.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:    September 19, 2023
          New York, New York

                                        /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                    Chief United States District Judge